622 A.2d 283

Debbie SALAZAR, individually and on behalf of Ronald Ryan Salazar, Nichole Dawn Salazar and as Executrix of the Estate of Ronald Salazar, Deceased

v.

TAYLOR'S DINING ROOM, INC., a Pennsylvania corporation, Hartford Heights Volunteer Fire Department, Mark Dawson, Rebecca Rowe, Thomas Dawson and John D. Dawson and Bruce Totin.

Appeal of HARTFORD HEIGHTS VOLUNTEER FIRE DEPARTMENT, Mark Dawson, Rebecca Rowe, Thomas Dawson and John D. Dawson.

Supreme Court of Pennsylvania.

Submitted Sept. 23, 1992.

Argued March 11, 1993.

Decided April 1, 1993.

Timothy J. Burdette, Anstandig, Levicoff & McDyer, Pittsburgh, for appellants.

Francis J. Carey, Pittsburgh, for Debbie Salazar.

Robert P. Costello, North Versailles, for Taylor's Dining Room, Inc.

Jeffrey Ramaley, Pittsburgh, for Bruce Totin.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed. *See Guinn v. Alburtis Fire Co.*, 531 Pa. 500, 614 A.2d 218 (1992).

LARSEN and PAPADAKOS, JJ., dissent.